**MAGISTRATE'S CRIMINAL MINUTES – COMPLAINT**     FILED IN OPEN COURT

DATE: 4/30/26 @ 1:37pm

TAPE:   FTR

TIME IN COURT: 15 Mins.

MAGISTRATE JUDGE:   Lawrence R. Sommerfeld     COURTROOM DEPUTY:   Uzma Wiggins

CASE NUMBER:   1:26-mj-506     DEFENDANT'S NAME:   Stephen R. Murphy

AUSA:   Ben Wylly     DEFENDANT'S ATTY:   Lynsey Barron

USPO / PTR: _____     ☐ Retained  ☐ CJA  ☐FDP  ☐ Waived

✓ Arrest Date:   4/29/26

✓ Initial appearance hearing held.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.     _____ INITIAL APPEARANCE ONLY.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

_____ ORDER giving defendant _____ to employ counsel.   ☐ Verbal     ☐ Order to follow

## PRELIMINARY HEARING

_____ Preliminary hearing set/reset/cont to _____ @ _____

_____ Defendant WAIVES preliminary hearing.     _____ WAIVER FILED

_____ Preliminary hearing HELD.     _____ Probable cause found; defendant held to District Court

_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

✓ Government motion for detention filed. Pretrial hearing set for 5/5/26 @ 10:00 am

_____ Temporary Commitment issued. Remanded to USM.

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention  ☐ Granted   ☐ Denied   ☐ Waived   ☐ Withdrawn

_____ Pretrial detention ordered.     _____ Written order to follow

_____ BOND set at $_____    _____ NON-SURETY    _____ SURETY
        _____ cash              _____ property       _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____
      _____

_____ Bond filed.  Defendant released.

_____ Bond not executed.  Defendant to remain in Marshal's custody.

_____ Motion _()_ verbal    to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED    _____ DENIED

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits    _____ RETAINED by the Court    _____ RETURNED to counsel