MAGISTRATE'S CRIMINAL MINUTES – COMPLAINT        FILED IN OPEN COURT

DATE: **05/05/26** @ **10:14 am**

TAPE:   FTR

TIME IN COURT: **2 hrs** Mins. **10 min**

MAGISTRATE JUDGE:   Lawrence R. Sommerfeld        COURTROOM DEPUTY:   Uzma Wiggins

CASE NUMBER:   **1:26-mj-506**        DEFENDANT'S NAME: **Stephen R. Murphy**

AUSA:   **Paul Jones**        DEFENDANT'S ATTY: **Lynsey Barron**

USPO / PTR: _____        ☐ Retained   ☐ CJA   ☐ FDP   ☐ Waived

✓ Arrest Date: **5/29/26** _____

_____ Initial appearance hearing held.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.   _____ INITIAL APPEARANCE ONLY.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

_____ ORDER giving defendant _____ to employ counsel.   ☐ Verbal   ☐ Order to follow

## PRELIMINARY HEARING

_____ Preliminary hearing set/reset/cont to _____ @ _____

_____ Defendant WAIVES preliminary hearing.   _____ WAIVER FILED

✓ Preliminary hearing HELD.        ✓ Probable cause found; defendant held to District Court

_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed. Pretrial hearing set for _____ @ _____

_____ Temporary Commitment issued. Remanded to USM.

✓ Bond/Pretrial detention hearing held.

_____ Government motion for detention   ☐ Granted   ☐ Denied   ☐ Waived   ☐ Withdrawn

_____ Pretrial detention ordered.   _____ Written order to follow

√ BOND set at $ 100k

_____ cash

/ NON-SURETY

√ property

_____ SURETY

_____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

√ Bond filed. Defendant ~~released~~. will be released after property bond is secured.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion _()_ verbal    to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

WITNESSES: Travis McGhie - Homeland Security   Task Force Officer

EXHIBITS:

Original Exhibits    _____ RETAINED by the Court    _____ RETURNED to counsel